UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATAN SVENSSON GLAD, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> 1BUSINESSWORLD, INC., : <br> : <br> Defendant. : <br> : | Civil Action No.: <br><br> 1:23-cv-06208-KPF |

## NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.


Dated: November 16, 2023           */s/ David C. Deal*
                                   David C. Deal (VA Bar No.: 86005)
                                   The Law Office of David C. Deal, P.L.C.
                                   P.O. Box 625
                                   Charlottesville, VA 22902
                                   434-233-2727, Telephone
                                   david@daviddeal.com
                                   *Counsel for Plaintiff*